FILED

AUG 02 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

1
2
3
4
5
6          UNITED STATES DISTRICT COURT
7              DISTRICT OF NEVADA

8   UNITED STATES OF AMERICA,          )
                                       )
9               Plaintiff,             )
                                       )
10      v.                             )        2:09-CR-375-PMP (LRL)
                                       )
11  MONDIER KHAIRA,                    )
                                       )
12  _____Defendant._____ )

13      **FINAL ORDER OF FORFEITURE AS TO DEFENDANT MONDIER KHAIRA**

14          On June 14, 2010, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R.

15  Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United

16  States Code, Section 2461(c) forfeiting property of defendant MONDIER KHAIRA to the United

17  States of America;

18          IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P

19  32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture

20  is final as to defendant MONDIER KHAIRA.

21          DATED this ___ day of _____, 2010.

22

23

24                                          _____
                                            UNITED STATES DISTRICT JUDGE
25

26