**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | 2:09-CR-375-PMP (LRL) |
| ) | |
| MONDIER KHAIRA,   ) | |
| ) | |
| Defendant.   ) | |

**FINAL ORDER OF FORFEITURE**

On June 14, 2010, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), based upon the plea of guilty by defendant MONDIER KHAIRA to criminal offense, forfeiting specific property alleged in the Information and shown by the United States to have a requisite nexus to the offense to which defendant MONDIER KHAIRA pled guilty.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from June 18, 2010 through July 17, 2010, notifying all known third parties of their right to petition the Court.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1    This Court finds no petitions are pending with regard to the assets named herein and the time
2    for presenting such petitions has expired.
3    THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right,
4    title, and interest in the property hereinafter described is condemned, forfeited, and vested in the
5    United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P.
6    32.2(c)(2); Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section
7    2461(c); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to
8    law:

    a)    One Bushmaster semi-automatic rifle, model XM15-E2S, .223 caliber, serial number L191616;

    b)    One Heckler and Koch semi-automatic rifle, model SR9, 7.62x51, serial number 46-003141;

    c)    One Heckler and Koch, semi-automatic rifle, model 93, .223 caliber, serial number A126557;

    d)    One Beretta, semi-automatic rifle, model AR70/Sport, .223 caliber, serial number M32238;

    e)    One Glock semi-automatic pistol, model 22, .40 S & W caliber, serial number EWF443US, two magazines, ammunition, and factory case;

    f)    One IMI, semi-automatic, model Desert Eagle, 44 Magnum, serial number 32569, and one magazine;

    g)    One Walther, semi-automatic, model P22, .22 caliber, serial number L111193, and two magazines in factory case;

    h)    One MIL Inc. revolver, model "Thunder Five," serial number 0789, in factory case;

    i)    One SigSauer semi-automatic pistol, model P230, 9mm Kurz, serial number S153810, and two magazines in factory case;

    j)    One Benelli pump/semi-automatic shotgun, model M1 Super 90, 12 Gauge,

|     |     |     |
| --- | --- | --- |
| 1   |     | serial number M521264, with attached "Surefire" light; |
| 2   | k)  | One Mossberg pump shotgun, model 500A, 12 Gauge, serial number R371186; |
| 4   | l)  | One firearm suppressor, AWC Systems Technology, serial number 060184, model "Archangel T .22."; |
| 6   | m)  | Two glass water-pipes and one glass pipe bearing residue; and |
| 7   | n)  | Green leaf substance weighing approximately 17.1 grams and two plastic containers. |

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this __27th day of September, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

**PROOF OF SERVICE**

I, Heidi L. Skillin, certify that the following individuals were served with copies of the Final Order of Forfeiture on September 24, 2010 by the below identified method of service:

E-mail/ECF

David Z. Chesnoff
Richard A. Schonfeld
CHESNOFF & SCHONFELD
520 South Fourth Street
Las Vegas, NV 89101
dzchesnoff@cslawoffice.net
Rschonfeld@cslawoffice.net
*Counsel for Mondier Khaira*

John V. Spilotro
Spilotro & Kulia
626 South Third Street
Las Vegas, NV 89101
lawyer@lasvegas.net
*Counsel for Mondier Khaira*

          /s/ HeidiLSkillin
HEIDI L. SKILLIN
Forfeiture Support Associate Clerk